# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     JASON R. BECK

           Debtor(s)

           CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
           Movant            CASE NO: 5-18-02471-RNO

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on June 28, 2018, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1)     A Petition under Chapter 13 was filed on June 11, 2018.

2)     The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

    **- CHAPTER 13 PLAN**

3)     If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

           Respectfully submitted,
           s/ Charles J. DeHart, III
           Standing Chapter 13 Trustee
           8125 Adams Drive, Suite A
           Hummelstown, PA 17036
           (717) 566-6097

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   JASON R. BECK                                CHAPTER 13

                                                      CASE NO: 5-18-02471-RNO

## NOTICE

The debtor(s) filed a Chapter 13 Bankruptcy Petition on June 11, 2018.

The Standing Chapter 13 Trustee, Charles J. DeHart, III, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

- **CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

> Date:      **July 17, 2018**
> Time:      **09:30 AM**
> Location:  **U.S. Bankruptcy Court**
>            **Max Rosenn U.S. Courthouse**
>            **Courtroom #2**
>            **197 S. Main Street**
>            **Wilkes Barre, PA**

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **July 12, 2018**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

> Respectfully submitted,
> s/ Charles J. DeHart, III
> Standing Chapter 13 Trustee
> 8125 Adams Drive, Suite A
> Hummelstown, PA  17036

Dated: June 28, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JASON R. BECK

Debtor(s)

CHAPTER 13

CASE NO: 5-18-02471-RNO

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on June 28, 2018.

BRIAN E MANNING, ESQUIRE
502 SOUTH BLAKELY STREET
DUNMORE, PA 18512-

JASON R. BECK
1673 SUMMIT LAKE RD.
CLARKS SUMMIT, PA 18411-9593

Respectfully submitted,
s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Dated: June 28, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JASON R. BECK

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

    Movant

CASE NO: 5-18-02471-RNO

vs.

JASON R. BECK

MOTION TO DISMISS

    Respondent(s)

**ORDER DISMISSING CASE**

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.