```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                      Case No. 18-02471-RNO
Jason R. Beck                                                               Chapter 13
                Debtor                 CERTIFICATE OF NOTICE
District/off: 0314-5         User: KADavis               Page 1 of 1                  Date Rcvd: Jul 25, 2018
                             Form ID: ntcnfhrg           Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2018.
db             Jason R. Beck,    1673 Summit Lake Rd,    Clarks Summit, PA 18411-9593
5071635        ATTN: Foreclosure,    425 Phillips Blvd,    Ewing, NJ 08618-1430
5071634        AmeriHome Mortgage,    PO Box 77404,    Ewing, NJ 08628-6404
5071632        Beck Jason R,    1673 Summit Lake Rd,    Clarks Summit, PA 18411-9593
5071638        KML Law Group,    701 Market St # 5000,    Philadelphia, PA 19106-1541
5071633        Law Office of Brian E Manning,    512 S Blakely St,    Dunmore, PA 18512-2237
5071639       +Marioitti Building Products,    1 Louis Industrial Dr,    Old Forge, PA 18518-2058
5071640        NET Credit Union,    119 Mulberry St,    Scranton, PA 18503-1207
5071641        NET Federal Credit Union,    Customer Service,    Tampa, FL 33630
5071645       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    PO Box 5855,
                Carol Stream, IL 60197-5855)
5084754       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5071636         E-mail/Text: bnc-capio@quantum3group.com Jul 25 2018 19:07:06     Capio Partners, LLC,
                 PO Box 3778,    Sherman, TX 75091-3778
5071637         E-mail/Text: cio.bncmail@irs.gov Jul 25 2018 19:06:55     INTERNAL REVENUE SERVICE,
                 P O Box 21126,    Philadelphia, PA 19114
5072093        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2018 19:12:43
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5071643         E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2018 19:12:52     Synchrony Bank,
                 Attn. Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
5071642         E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2018 19:12:41     Synchrony Bank,   PO Box 965064,
                 Orlando, FL 32896-5064
5071644         E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2018 19:12:52     Synchrony Bank/Home Design,
                 PO Box 960061,    Orlando, FL 32896-0061
                                                                                             TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
              Brian E Manning    on behalf of Debtor 1 Jason R. Beck BrianEManning@comcast.net,
               G17590@notify.cincompass.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor   AmeriHome Mortgage Company, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jason R. Beck,

**Debtor 1**

Chapter 13

Case No. 5:18−bk−02471−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **August 31, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: September 7, 2018  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  U.S. Bankruptcy Court  274 Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: KADavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 25, 2018 |

ntcnfhrg (03/18)