```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 18-02471-RNO
Jason R. Beck                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: KADavis     Page 1 of 1     Date Rcvd: Nov 08, 2018
                          Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.
5096575        +AmeriHome Mortgage Company, LLC,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:
         Brian E Manning     on behalf of Debtor 1 Jason R. Beck BrianEManning@comcast.net, G17590@notify.cincompass.com
         Charles J DeHart, III (Trustee)     dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
         James Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
         James Warmbrodt     on behalf of Creditor    AmeriHome Mortgage Company, LLC bkgroup@kmllawgroup.com
         United States Trustee     ustpregion03.ha.ecf@usdoj.gov
         TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-02471-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Jason R. Beck
1673 Summit Lake Rd
Clarks Summit PA 18411-9593

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/08/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: AmeriHome Mortgage Company, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618 | MidFirst Bank<br>Bankruptcy Department<br>999 NW Grand Boulevard, #110<br>Oklahoma City, OK 73118-6077<br>MidFirst Bank<br>Bankruptcy Department |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/10/18

Terrence S. Miller
**CLERK OF THE COURT**