# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     JASON R. BECK                        CHAPTER 13

        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant                                  CASE NO: 5-18-02471-RNO

JASON R. BECK

        Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on May 17, 2019, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of May 17, 2019, the Debtor(s) is/are $1497.00 in arrears with a plan payment having last been made on Apr 19, 2019

In accordance with said stipulation, the case may be dismissed

                                                                                         Respectfully Submitted,
                                                                                         /s/ Liz Joyce
                                                                                         for Charles J. DeHart, III, Trustee
                                                                                         8125 Adams Drive, Suite A
                                                                                         Hummelstown, PA 17036
                                                                                         Phone: (717) 566-6097

Dated: May 17, 2019

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JASON R. BECK

CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-18-02471-RNO

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 17, 2019, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

BRIAN E MANNING, ESQUIRE      SERVED ELECTRONICALLY
502 SOUTH BLAKELY STREET
DUNMORE, PA 18512-

JASON R. BECK
1673 SUMMIT LAKE RD.      SERVED BY 1ST CLASS MAIL
CLARKS SUMMIT, PA 18411-9593

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101      SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 17, 2019

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com