```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                             Case No. 18-02471-RNO
Jason R. Beck                                                      Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0314-5          User: KADavis              Page 1 of 2          Date Rcvd: May 20, 2019
                              Form ID: pdf010            Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2019.

```
db              Jason R. Beck,    1673 Summit Lake Rd,    Clarks Summit, PA  18411-9593
5071635         ATTN: Foreclosure,    425 Phillips Blvd,    Ewing, NJ  08618-1430
5071634         AmeriHome Mortgage,    PO Box 77404,    Ewing, NJ  08628-6404
5096575        +AmeriHome Mortgage Company, LLC,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
5071632         Beck Jason R,    1673 Summit Lake Rd,    Clarks Summit, PA  18411-9593
5071638         KML Law Group,    701 Market St # 5000,    Philadelphia, PA  19106-1541
5071633         Law Office of Brian E Manning,    512 S Blakely St,    Dunmore, PA  18512-2237
5071639        +Marioitti Building Products,    1 Louis Industrial Dr,    Old Forge, PA 18518-2058
5129006        +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
5129007        +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6077,    MidFirst Bank,    Bankruptcy Department 73118-6051
5071640         NET Credit Union,    119 Mulberry St,    Scranton, PA  18503-1207
5071641         NET Federal Credit Union,    Customer Service,    Tampa, FL  33630
5071645       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     PO Box 5855,
                 Carol Stream, IL   60197-5855)
5084754        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5095622         E-mail/PDF: resurgentbknotifications@resurgent.com May 20 2019 20:10:15
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
5071636         E-mail/Text: bnc-capio@quantum3group.com May 20 2019 18:53:56      Capio Partners, LLC,
                 PO Box 3778,    Sherman, TX  75091-3778
5071637         E-mail/Text: cio.bncmail@irs.gov May 20 2019 18:53:44      INTERNAL REVENUE SERVICE,
                 P O Box 21126,    Philadelphia, PA  19114
5091528        +E-mail/Text: bankruptcydpt@mcmcg.com May 20 2019 18:54:02      Midland Funding, LLC,
                 Midland Credit Management, Inc.,    as agent for Midland Funding, LLC,    PO Box 2011,
                 Warren, MI 48090-2011
5072093        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 20 2019 20:10:05
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5071643         E-mail/PDF: gecsedi@recoverycorp.com May 20 2019 20:12:44      Synchrony Bank,
                 Attn. Bankruptcy Department,    PO Box 965060,    Orlando, FL  32896-5060
5071642         E-mail/PDF: gecsedi@recoverycorp.com May 20 2019 20:10:03      Synchrony Bank,   PO Box 965064,
                 Orlando, FL  32896-5064
5071644         E-mail/PDF: gecsedi@recoverycorp.com May 20 2019 20:11:22      Synchrony Bank/Home Design,
                 PO Box 960061,    Orlando, FL  32896-0061
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5           User: KADavis              Page 2 of 2                Date Rcvd: May 20, 2019
                               Form ID: pdf010           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2019 at the address(es) listed below:

```
              Brian E Manning    on behalf of Debtor 1 Jason R. Beck BrianEManning@comcast.net,
               G17590@notify.cincompass.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    AmeriHome Mortgage Company, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JASON R. BECK

| | |
|---|---|
| Chapter: | 13 |
| Case No.: | 5-18-bk-02471-RNO |

Debtor 1

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    vs.    Movant(s)

JASON R. BECK

Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: May 20, 2019

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge (BI)

Order Dismissing Case with Parties - Revised 9/17